# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:08-CR-00976(1)-FM |
| | § | |
| (1) Anthony Kebodeaux | § | |

## ORDER SETTING SENTENCING

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 4, on the 4th Floor of the United States Courthouse, 511 E. San Antonio, El Paso, TX, on **Thursday, October 23, 2008 at 09:00 AM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 27th day of August, 2008.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE