UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:08-CR-00976(1)-FM |
| | § | |
| (1) Anthony Kebodeaux | § | |

## ORDER RESETTING SENTENCING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 4, on the 4th Floor of the United States Courthouse, 511 E. San Antonio, El Paso, TX, on **Friday, October 31, 2008 at 11:00 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 21st day of October, 2008.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE