# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 11, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  United States
         v. Anthony James Kebodeaux
        No. 12-418
        (Your No. 08-51185)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is granted.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 14, 2013

Mr. William Putnicki
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 08-51185, USA v. Anthony Kebodeaux
       USDC No. 3:08-CR-976-ALL

Enclosed is a copy of the Supreme Court order granting certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Charlene A. Vogelaar, Deputy Clerk
                504-310-7648